ORIGINAL

FILED
JAN 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYTEE PRODUCTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>H. D. PRODUCTS, INC. d.b.a. HIGH DESERT PRODUCTS, a corporation; MC VIKING EQUIPMENT CO., INC. d.b.a. VIKING AIR MOVERS, a corporation; MARK S. WALKER, JR.; CHARLES PARDUS; and DOES 1 through 10,<br><br>    Defendants. | Case No.: 05 CV 2286 R(CAB)<br><br>ORDER RE EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

The ex parte application of Plaintiff Mytee Products, Inc. to file documents under seal in support of its motion for partial summary judgment having been considered by the Court, pursuant to paragraph 7 of the Order and Stipulation for Protective Order filed April 6, 2006, and amendment thereto filed November 21, 2006:

The Court ORDERS the Clerk's Office to file the following documents under seal:

1. Notice of Lodgment and Lodgment of Exhibits In Support of Plaintiff Mytee Products, Inc.'s Motion for Partial Summary Judgment;

2. Declaration of Patrick F. Kennedy, Ph.D. In Support of Plaintiff Mytee Products, Inc.'s Motion for Partial Summary Judgment; and

3. Separate Statement of Undisputed Material Facts In Support of Plaintiff Mytee Products, Inc.'s Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED: 1/3/07

_____
JUDGE OF THE DISTRICT COURT