# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Mytee Products Inc.;
John Labarbera

                **V.**

MC Viking Equipnment Co., Inc.
d/b/a Viking Air Movers;
HD Products Inc. d/b/a High Desert Products;
Mark S. Walker; Charles L. Pardus

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   05cv2286-MMA (CAB)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment shall be entered herein in the amount of $9342.42, plus interest at the legal rate from 9/1/2005 to the date of judgment, in favor of Plaintiff Mytee Products, Inc., and against Defendants, and each of them, jointly and severally.

| May 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON May 14, 2009 |