EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* After recording return to: | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| Benjamin R. Seecof, Esq. SBN 157000<br>Kessler & Seecof, LLP<br>2254 Moore Street, Suite 201<br>San Diego, CA 92110<br>TELEPHONE NO.: 619-325-0795<br>FAX NO. *(Optional):* 619-325-0796<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Mytee Products, Inc. | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS: 940 Front Street
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

PLAINTIFF: Mytee Products, Inc., et al.

DEFENDANT: H. D. Products, Inc., et al.

CASE NUMBER: 05cv2286 MMA(CAB)

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[✓] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [✓] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Mytee Products, Inc.
   2254 Moore Street, Suite 201, San Diego, CA 92110

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   H.D. Products, Inc.; MC Viking Equipment Co., Inc.; Mark S. Walker, Jr.; Charles L. Pardus
   17205 Eucalyptus Avenue, #A-3, Hesperia, CA 92345

5. a. Judgment entered on *(date):* 5/14/2009
   b. [ ] Renewal entered on *(date):*

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|
   | N/A | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):* N/A

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: August 28, 2009

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*
Benjamin R. Seecof, Esq.

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060, 724.120, 724.250
American LegalNet, Inc.
www.USCourtForms.com

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____SAN DIEGO_____

On _August 28, 2009_ before me, _JOSYL SO WONG, NOTARY PUBLIC_,
            Date                                    Here Insert Name and Title of the Officer

personally appeared _____BENJAMIN RUSSELL VEECOF_____
                              Name(s) of Signer(s)

>   JOSYL SO WONG
>   Commission # 1822031
>   Notary Public - California
>   San Diego County
>   My Comm. Expires Nov 10, 2012

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Place Notary Seal Above                     Signature of Notary Public

—————————————— **OPTIONAL** ——————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Acknowledgment of satisfaction of Judgment_
Document Date: _8/28/09_                                        Number of Pages: _1_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

```
 1  Daniel J. Kessler, Esq.  CSB #157163
    Benjamin R. Seecof, Esq.  CSB #157000
 2  KESSLER & SEECOF, LLP
    2254 Moore Street, Suite 201
 3  San Diego, CA  92110
    Tel: 619-325-0795
 4  Fax: 619-325-0796

 5  Attorneys for Plaintiffs Mytee Products, Inc.
    and John LaBarbera
 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9
                                    ) Case No.: 05 CV 2286 MMA(CAB)
10  MYTEE PRODUCTS, INC., a          )
    California corporation, et al., )
11                                   ) CERTIFICATE OF SERVICE
                                     )
12         Plaintiffs,               )
                                     )
13      vs.                          )
                                     )
14  H. D. PRODUCTS, INC. d.b.a. HIGH )
    DESERT PRODUCTS, a corporation;  )
15  et al.,                          )
                                     )
16         Defendants.               )

17  I hereby certify that on September 3, 2009, the following
    documents:
18
    ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
19
    were served by electronic mail through the Court's Electronic
20  Filing System on the following counsel of record at the following
    electronic mail addresses:
21
    James A. McQueen, Esq.
22  McQueen & Ashman, LLP
    jmcqueen@mcqueenashman.com, mbreyneveld@mcqueenashman.com
23
    Sharon Lask Bileisi
24  McQueen & Ashman, LLP
    sbilbeisi@mcqueenashman.com, sb@bilbeisilaw.com
25
    Executed this 3RD day of September, 2009.
26
    S/Benjamin R. Seecof
27  BENJAMIN R. SEECOF, ESQ.
    legal@bigbadlawyer.com
28
    CERTIFICATE OF SERVICE              1           05 CV 2286 MMA(CAB)
```